No. 9581. LEONARD J. QUINLIVAN, PLAINTIFF AND RESPONDENT, *v.* INDUSTRIAL ACCIDENT BOARD, DEFENDANT AND APPELLANT.

289 Pac. (2d) 325.
Decided Nov. 8, 1955.

*Arnold H. Olsen,* Atty. Gen., and *L. V. Harris,* Spec. Asst., Atty. Gen., for Appellant.

*James H. McAlear,* Red Lodge, Montana, for Respondent.

Per Curiam.

On application and praecipe of counsel for appellant in the above entitled cause, the appeal herein is hereby dismissed as fully settled on the merits.

MR. CHIEF JUSTICE ADAIR and MR. JUSTICES ANGSTMAN, DAVIS, and BOTTOMLY, concur.